IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| James L. Padgett, | ) | C/A No. 5:10-1713-DCN-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Orangeburg County Sheriff's Department, | ) | |
| Sheriff Leroy Ravenell; Lt. Stokes; | ) | |
| Director Willie Banberg; and Unknown | ) | |
| Defendant, | ) | |
| | ) | |
| Defendants. | ) | |

In an August 16, 2011 Order, the Honorable David C. Norton dismissed the Motion for Summary Judgment of Defendants Orangeburg County Sheriff's Department, Sheriff Leroy Ravenell and Lt. Stokes and Plaintiff's Cross Motion for Summary Judgment. In that Order, the court indicated the parties would be permitted to refile dispositive motions at a later date.

IT IS ORDERED that the parties must file dispositive motions no later than May 25, 2012. The Clerk is hereby directed to place this case on the trial calendar if no dispositive motions are filed within this deadline.

IT IS SO ORDERED.

April 27, 2012                    Kaymani D. West
Florence, South Carolina          United States Magistrate Judge